UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DAVID GRIEPSMA,<br><br>                Plaintiff,<br>    v.<br><br>CHRISTIAN J. ANDERSEN, *et al.*,<br><br>                Defendants. | CASE NO. 2:21-00302-LK-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

      The Court has reviewed the Report and Recommendation of United States Magistrate Judge Theresa L. Fricke, Dkt. No. 91, and the remainder of the record. The Court has also reviewed the documents Plaintiff filed after Magistrate Judge Fricke issued the Report and Recommendation, but none of those filings contains objections to the Report and Recommendation. Dkt. Nos. 92-98. Rather, they are motions addressing other issues. *Id.* The Report and Recommendation currently before the Court addresses Plaintiff's motion for a default judgment; Plaintiff did not first obtain an order of default before moving for a default judgment, and in any event is not entitled to default judgment.

      Based on its review of the record, the Court hereby ORDERS:

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Motion for Default Judgment (Dkt. No. 74) is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 16th day of February, 2022.

*Lauren King*

Lauren King
United States District Judge