THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DAVID GRIEPSMA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN J. ANDERSEN, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C21-0302-JCC-TLF<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. No. 216). Having thoroughly considered the R&R, to which there were no objections, and the relevant record, the Court hereby ORDERS:

　　(1) The R&R (Dkt. No. 216) is APPROVED and ADOPTED.

　　(2) The Washington State Department of Corrections ("DOC") Defendants' motion for summary judgment (Dkt. No. 115) is GRANTED.

　　(3) Plaintiff's claims against the DOC Defendants are DISMISSED with prejudice.

　　(4) The Clerk is directed to send copies of this Order to the parties and to Judge Fricke.

//

//

//

ORDER
C21-0302-JCC-TLF
PAGE - 1

DATED this 5th day of April 2023.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE