THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DAVID GRIEPSMA,<br><br>   Plaintiff,<br><br>   v.<br><br>CHRISTIAN J. ANDERSEN, *et al.*,<br><br>   Defendants. | CASE NO. C21-0302-JCC-TLF<br><br>ORDER |

This matter comes before the Court on the Plaintiff's objections (Dkt. No. 233) to the report and recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. No. 231). Having thoroughly considered the briefing and the relevant record, the Court hereby OVERRULES Plaintiff's objections, ADOPTS the R&R, and GRANTS Defendants Guillermo Garcia, Douglas Faddis, and Cameron Banas's motion for summary judgment for the reasons explained herein.

Plaintiff brings 42 U.S.C. § 1983 claims alleging violations of his Eighth and Fourteenth Amendment rights based on excessive force. (*See* Dkt. No. 43 at 4–5, 12–15.) The R&R sets forth the allegations against Defendants Garcia, Faddis, and Banas, which the Court will not repeat here. (*See* Dkt. No. 231 at 3–7.) Those defendants (along with two others) moved for summary judgment. (Dkt. No. 104 at 9–20.) Initially, Judge Fricke recommended denying summary judgment to all Defendants. (*See generally* Dkt. No. 218.) However, based on the

objections of Defendants Garcia, Faddis, and Banas, (Dkt. No. 219), the Court instructed Judge Fricke to provide it with a revised R&R containing a separate analysis of Plaintiff's claims against just those defendants—none of whom were alleged to have struck Plaintiff. (*See* Dkt. No. 223 at 2–3.) That revised R&R recommends that the Court grant summary judgment, at least to the non-striking defendants, and dismiss Plaintiff's claims against them with prejudice. (*See* Dkt. No. 231 at 1, 11.) In response, Plaintiff lodged the instant objections, now before the Court. (*See generally* Dkt. No. 233.)

A district court reviews *de novo* those portions of an R&R to which a party objects. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Here, Plaintiff primarily objects to Judge Fricke's factual characterizations. (*See* Dkt. No. 233 at 1–4.) But all are based on uncontroverted evidence that Defendants put forth in moving for summary judgment. (*See generally* Dkt. No. 104.) Plaintiff therefore is barred from now attempting to establish those facts through his objections, in an effort to conjure up a genuine dispute where none existed before. *See Nissan Fire & Marine Ins. Co., Ltd. v. Fritz Companies, Inc.*, 210 F.3d 1099, 1103 (9th Cir. 2000) (describing evidentiary burden of nonmoving party to defeat a motion for summary judgment).

For the foregoing reasons the Court hereby ORDERS that:

1. The R&R (Dkt. No. 233) is ADOPTED and APPROVED;
2. Defendants' motion for summary judgment (Dkt. No 104) is GRANTED as to Defendants Garcia, Faddis, and Banas;
3. Plaintiff's claims against those defendants are DISMISSED with prejudice; and
4. The Clerk is DIRECTED to send copies of this Order to counsel of record and to Judge Fricke.

//
//
//
//

DATED this 6th day of March 2024.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE