THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DAVID GRIEPSMA,<br><br>    Plaintiff,<br><br>   v.<br><br>CHRISTIAN J. ANDERSEN, *et al.*,<br><br>    Defendants. | CASE NO. C21-0302-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court recently adopted a report and recommendation in this matter from the Honorable Theresa L. Fricke, United States Magistrate Judge. (*See* Dkt. No. 237.) Based on the Court's order, this case is now ready for trial against Defendants Christian Andersen and Jackson Stramler. But prior to setting a trial date or considering Plaintiff's motion to exclude (Dkt. No. 238), the Court will again refer this matter to the *pro bono* panel for its consideration. (*See* Dkt. No. 226) (noting that the Court was previously unsuccessful in locating a *pro bono* attorney to represent Plaintiff).

Accordingly, this case is hereby STAYED for 90 days, while the Court attempts to locate pro bono counsel. The Clerk is DIRECTED to renote Plaintiff's motion to exclude (Dkt. No. 238) to July 8, 2024.

DATED this 9th day of April 2024.

        Ravi Subramanian
        Clerk of Court

        s/Kathleen Albert
        Deputy Clerk