THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DAVID GRIEPSMA,<br><br>    Plaintiff,<br><br>        v.<br><br>CHRISTIAN ANDERSEN, *et al.*,<br><br>    Defendants. | CASE NO. C21-0302-JCC<br><br>ORDER OF APPOINTMENT |

By minute order, the Court stayed this case for 90 days and directed the *pro bono* panel to consider appointing counsel to represent Plaintiff in this matter. (*See* Dkt. No. 240.) The panel has since advised the Court that it has identified counsel for Plaintiff.

In accordance with General Order 07-23, the Court hereby appoints the following counsel to represent Plaintiff in this matter: Angus Ni; Morrow Ni, LLP; 506 22nd Ave., Suite 1400, Seattle, WA 98104. Mr. Ni is directed to file a Notice of Appearance on Plaintiff's behalf within seven (7) calendar days. *See* General Order 07-23, Section 3(d). In the event Plaintiff prevails, Mr. Ni may move for an award of attorney fees under any applicable authority, but the Court provides no assurance of compensation. If counsel is unable for a reason set forth in the Rules to assume this representation, a motion for relief from this appointment should immediately be filed with the Court.

The Clerk is DIRECTED to send a copy of this order to Plaintiff and to counsel for the

parties. Following Mr. Ni's appearance, the parties are ORDERED to meet and confer and provide the Court with a joint status report, no later than July 8, 2024. That report shall contain three alternative trial dates, along with proposed deadlines for pretrial motions.

DATED this 8th day of May 2024.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF APPOINTMENT
C21-0302-JCC
PAGE - 2