THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DAVID GRIEPSMA, | CASE NO. C21-0302-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CHRISTIAN J. ANDERSEN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report. Based on that report, the Court sets a **February 24, 2025, trial date** and establishes the following pretrial deadlines:

| Event | Date/Deadline |
|---|---|
| Rule 26(a)(2) expert disclosure | August 26, 2024 |
| Rule 26(a)(2) expert rebuttal | September 23, 2024 |
| *Daubert* Motion Cutoff | October 21, 2024 |
| Rule 39.1 Mediation | November 25, 2024 |

MINUTE ORDER
C21-0302-JCC
PAGE - 1

| Motions *in Limine*[1] | January 20, 2025 |
|---|---|
| Proposed Jury Instructions, Verdict Form, Pretrial Order and Exhibits[2] | February 3, 2025 |
| Trial Briefs and Other Pretrial Filings | February 10, 2025 |

The Court will not separately schedule a pretrial conference. Instead, it will address open items and provide rulings on motions *in limine* the morning of trial.

DATED this 9th day of July 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

---

[1] In addition to those already filed by Plaintiff (*see* Dkt. No. 238), motions *in limine* should comply with LCR 7(d)(5). To the extent it conflicts with this Court's trial procedures, *available at* https://www.wawd.uscourts.gov/judges/coughenour-procedures, the latter control.

[2] The submissions should comply with to local rules, including LCRs 16.1 and 51. To the extent they conflict with this Court's trial procedures, the latter control.

MINUTE ORDER
C21-0302-JCC
PAGE - 2