THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DAVID GRIEPSMA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN J. ANDERSEN, *et al.*,<br><br>Defendants. | CASE NO. C21-0302-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In order to accommodate the Court's calendar, trial in this matter is CONTINUED to 9 a.m. on **March 10, 2025**, and the remaining pre-trial deadlines are RESET as follows:

| Event | Date/Deadline |
|---|---|
| Motions *in Limine*[1] | February 10, 2025 |

---

[1] Motions *in limine* shall be presented in a joint brief in accordance with the Court's trial procedures, *available at* https://www.wawd.uscourts.gov/judges/coughenour-procedures.

MINUTE ORDER
C21-0302-JCC
PAGE - 1

| Proposed Jury Instructions, Verdict Form, and Pretrial Order[2] | February 10, 2025 |
|---|---|
| Trial Briefs and Other Pretrial Filings | February 10, 2025 |
| Exhibits | March 10, 2025 |

The Court will not separately schedule a pretrial conference. Instead, it will address open items and provide rulings on motions *in limine* the morning of trial.

DATED this 9th day of July 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk

---

[2] The submissions should comply with the local rules, including LCRs 16.1 and 51. To the extent those rules conflict with this Court's trial procedures, *available at* https://www.wawd.uscourts.gov/judges/coughenour-procedures, the latter control.