THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES DAVID GRIEPSMA,

    Plaintiff,

v.

CHRISTIAN J. ANDERSEN, et al.,

    Defendants.

Case No. 2:21-cv-00302-JCC

PRETRIAL ORDER
(JOINT LCR 16.1)

## I.    JURISDICTION

The parties agree that the Court has subject matter jurisdiction of Plaintiff's claims pursuant to 42 U.S.C. §1983. The parties also agree that the events which gave rise to Plaintiff's claims occurred in western Washington state and, accordingly, venue is proper in the United States District Court for the Western District of Washington pursuant to 28 U.S.C. §1391(b).

## II.    CLAIMS AND AFFIRMATIVE DEFENSES

**Plaintiff will pursue the following claim:**

1. Eighth amendment, 42 U.S.C § 1983 excessive force claim against Defendants Anderson and Stramler.

**Defendants will pursue the following affirmative defenses:**

1. Mr. Griepsma fails to state a 42 U.S.C § 1983 excessive force claim against the Defendants upon which relief can be granted.

PRETRIAL ORDER (JOINT LCR 16.1)
2:21-v-00302-JCC

Page 1 of 11

SKAGIT COUNTY PROSECUTING ATTORNEY
605 S Third St
Mount Vernon, WA 98273-3867
Phone: (360) 416-1600
Fax: (360) 416-1649

2. Mr. Griepsma's claims against the individual Defendants are barred by the doctrine of qualified immunity.

### III. ADMITTED FACTS

Defendants present the following facts to which they are willing to admit, with marked sections being modifications to the Plaintiff's proposed statement of fact.

1. On April 3, 2019, plaintiff was transported from Department of Corrections in Monroe to the Skagit County Community Justice Center for his sentencing hearing in connection with trial that had recently occurred.
2. Plaintiff was being held at the Department of Corrections as a courtesy hold for the Skagit County Jail.
3. Plaintiff was restrained by a waist chain with handcuffs attached and leg restraints at the ankles.
4. Plaintiff was representing himself.
5. During his sentencing hearing, plaintiff spoke over the Court and prosecutor, and made statements which included expletives.
6. When asked to sign the judgment and sentence, plaintiff stated that he would not sign it.
7. Plaintiff requested a copy of the judgment and sentence.
8. Defendant Andersen left the courtroom to make a copy of the sentence and judgment for plaintiff.
9. While plaintiff was waiting to be fingerprinted and for his copy, plaintiff spat on the Deputy Prosecutor in the courtroom.
10. As a result, officers placed a spit hood on plaintiff and restrained him.
11. Defendant Andersen returned to the courtroom with the judgment and sentence.

PRETRIAL ORDER (JOINT LCR 16.1)
2:21-v-00302-JCC
Page 2 of 11

SKAGIT COUNTY PROSECUTING ATTORNEY
605 S Third St
Mount Vernon, WA 98273-3867
Phone: (360) 416-1600
Fax: (360) 416-1649

12. Plaintiff was directed to provide fingerprints on the judgment and sentence, but refused.

13. A struggle ensued to apply fingerprints to the judgment and sentence.

## IV.    ISSUES OF LAW

Defendants assert that the Court should decide the issues of law stated below and instruct the jury on these issues:

1. To establish a §1983 excessive force claim against each individual Defendant, Mr. Griepsma must prove that each Defendant, through his or her own individual actions as a public official, violated the Constitution. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

2. To establish a §1983 excessive force claim against each individual Defendant, Mr. Griepsma must prove the particulars of conduct, time and place of the individual Defendant's alleged constitutional violation. See *Evancho v. Fisher*, 423 F.3d 347, 354 (3rd Cir. 2005).

3. To defeat the qualified immunity of any individual defendant, Mr. Griepsma must prove both the individual defendant's violation of his constitutional right and the existence of clearly established law of which a reasonable person in the individual defendant's situation would have known that his or her conduct was unlawful in the situation he or she confronted. *Saucier v. Katz*, 533 U.S. 194, 202 (2001), *overruled in part by Pearson v. Callahan*, 555 U.S. 223 (2009).

## V.    EXPERT WITNESSES

Neither party has expert witnesses.

## VI.    OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

(a) On behalf of plaintiff:

PRETRIAL ORDER (JOINT LCR 16.1)
2:21-v-00302-JCC
Page 3 of 11

SKAGIT COUNTY PROSECUTING ATTORNEY
605 S Third St
Mount Vernon, WA 98273-3867
Phone: (360) 416-1600
Fax:   (360) 416-1649

| Name | Nature of Expected Testimony | Will Testify | Possible Witness Only |
|---|---|---|---|
| James Griepsma, Concrete, WA | | X | |

(b) On behalf of defendant:

| Name | Nature of Expected Testimony | Will Testify | Possible Witness Only |
|---|---|---|---|
| Christian Andersen<br><br>c/o Skagit County Community Justice Center<br>201 Suzanne Lane, Mount Vernon, WA 98273 | Skagit County Jail Sergeant. He will testify as to his experiences and observations of Mr. Griepsma, his knowledge about Mr. Griepsma's prior incidents with Skagit County Jail officials, information provided to him by DOC Officers of Mr. Griepsma's planned conduct on April 3, 2019, Mr. Griepsma's conduct and demeanor in Court proceedings on April 3, 2019, the actions of Mr. Griepsma after sentencing and the actions he and others took in response including the level of force he used and reason for discontinuing to use force. | X | |
| Jackson Stramler<br><br>c/o Skagit County Community Justice Center<br>201 Suzanne Lane, Mount Vernon, WA 98273 | Former Deputy at the Skagit County Jail. He will testify about his past experiences with Mr. Griepsma, his knowledge about Mr. Griepsma's prior incidents with Skagit County Jail officials, Mr. Griepsma's conduct and demeanor in Court proceedings on April 3, 2019, the actions of Mr. Griepsma after sentencing and the actions he and others took in response including the level of force he used and reason for discontinuing to use force. | X | |
| Branden Platter<br><br>c/o Skagit County Prosecutor's Office | Skagit County Deputy Prosecutor. His testimony would be about the proceeding for which Mr. Griepsma had just been sentenced, his past experience with Mr. Griepsma and Mr. Griepsma's conduct and demeanor in Court on April 3, 2019. | | X |

PRETRIAL ORDER (JOINT LCR 16.1)
2:21-v-00302-JCC
Page 4 of 11

SKAGIT COUNTY PROSECUTING ATTORNEY
605 S Third St
Mount Vernon, WA 98273-3867
Phone: (360) 416-1600
Fax: (360) 416-1649

| Name | Description | | Will Call / May Call |
|---|---|---|---|
| Guillermo Garcia<br><br>c/o Skagit County Community Justice Center<br>201 Suzanne Lane, Mount Vernon, WA 98273 | Skagit County Jail Deputy. His testimony would be about his past experiences with Mr. Griepsma, his knowledge about Mr. Griepsma's prior incidents with Skagit County Jail officials, Mr. Griepsma's conduct and demeanor in Court proceedings on April 3, 2019, the actions of Mr. Griepsma after sentencing and the actions he and others took in response. | | X |
| Douglas Faddis<br><br>c/o Skagit County Community Justice Center<br>201 Suzanne Lane, Mount Vernon, WA 98273 | Skagit County Jail Deputy. His testimony would be about his past experiences with Mr. Griepsma, his knowledge about Mr. Griepsma's prior incidents with Skagit County Jail officials, Mr. Griepsma's conduct and demeanor in Court proceedings on April 3, 2019, the actions of Mr. Griepsma after sentencing and the actions he and others took in response. | | X |
| Cameron Banas<br><br>c/o Skagit County Community Justice Center<br>201 Suzanne Lane, Mount Vernon, WA 98273 | Skagit County Jail Deputy. His testimony would be about his past experiences with Mr. Griepsma, his knowledge about Mr. Griepsma's prior incidents with Skagit County Jail officials, Mr. Griepsma's conduct and demeanor in Court proceedings on April 3, 2019, the actions of Mr. Griepsma after sentencing and the actions he and others took in response. | | X |
| Brandon Webb<br><br>c/o Department of Corrections, 16550 177th Avenue SE Monroe, WA 98272 | DOC Officer. His testimony would be about transport of Mr. Griepsma including threats during transport and communications of those threats to Skagit County Jail deputies, Mr. Griepsma's conduct and demeanor in Court proceedings on April 3, 2019, the actions of Mr. Griepsma after sentencing and the actions he and others took in response. | | X |
| Vitaliy Boychenko<br><br>c/o Department of Corrections, 16550 177th Avenue SE | DOC Officer. His testimony would be about transport of Mr. Griepsma, Mr. Griepsma's conduct and demeanor in Court proceedings on April 3, 2019, the actions of Mr. Griepsma after | | X |

PRETRIAL ORDER (JOINT LCR 16.1)
2:21-v-00302-JCC

Page 5 of 11

SKAGIT COUNTY PROSECUTING ATTORNEY
605 S Third St
Mount Vernon, WA 98273-3867
Phone: (360) 416-1600
Fax: (360) 416-1649

| Name/Address | Description | | Admitted |
|---|---|---|---|
| Monroe, WA 98272 | sentencing and the actions he and others took in response and infraction issued against Mr. Griepsma. | | |
| Johnathan Scott<br><br>c/o Department of Corrections, 16550 177th Avenue SE Monroe, WA 98272 | DOC Officer. His testimony would be about transport of Mr. Griepsma, Mr. Griepsma's conduct and demeanor in Court proceedings on April 3, 2019, the actions of Mr. Griepsma after sentencing and the actions he and others took in response. | | X |
| Mickey Alvis<br><br>c/o Department of Corrections, 16550 177th Avenue SE Monroe, WA 98272 | DOC Officer. His testimony would be about transport of Mr. Griepsma, Mr. Griepsma's conduct and demeanor in Court proceedings on April 3, 2019, the actions of Mr. Griepsma after sentencing and the actions he and others took in response. | | X |
| Jana Robinson<br><br>c/o Department of Corrections, 16550 177th Avenue SE Monroe, WA 98272 | DOC RN2. Present during assessment of physical injuries of Mr. Griepsma upon return to DOC on April 3, 2019, testimony would include observations of Mr. Griepsma and photographs taken. | | X |
| Lawrence Bradford<br><br>c/o Department of Corrections, 16550 177th Avenue SE Monroe, WA 98272 | DOC Officer. Would testify about physical injuries he observed and the video created during operation of video camera at 1320 on April 3, 2019. during debrief of Mr. Griepsma upon return to DOC. | | X |

## VII.    EXHIBITS

1. Plaintiff's List of Proposed Trial Exhibits including comments.

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| # 1 | Video of events | Stipulated | Stipulated | None | Yes |
| # 2 | Demonstrative waist and ankle cuffs to be brought to Court | Stipulated | Stipulated | None | Yes |
| # 3 | Declaration of | Stipulated | Stipulated | None | Yes |

PRETRIAL ORDER (JOINT LCR 16.1)
2:21-v-00302-JCC

Page 6 of 11

SKAGIT COUNTY PROSECUTING ATTORNEY
605 S Third St
Mount Vernon, WA 98273-3867
Phone: (360) 416-1600
Fax:   (360) 416-1649

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | Anderson Dkt 106 | | | | |
| # 4 | Declaration of Banas Dkt 107 | Stipulated | Stipulated | None | Yes |
| # 5 | Declaration of Faddis Dkt 108 | Stipulated | Stipulated | None | Yes |
| # 6 | Declaration of Garcia Dkt 109 | Stipulated | Stipulated | None | Yes |
| # 7 | Declaration of Stramler Dkt 110 | Stipulated | Stipulated | None | Yes |
| # 8 | December 2018 Custody Policy | Stipulated | Stipulated | None | Yes |

No objections to the exhibits identified above.

2. Defendants' List of Proposed Trial Exhibits including Comments.

In addition to the exhibits identified above, Defendants may use the following exhibits at the time of trial, in electronic format, to the jurors:

| Defendant's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| #101 | Verbatim Report of Proceedings Sentencing Hearing: State v. Griepsma Skagit County Superior Court number 18-1-00209-29; Court of Appeals Number 79806-5-I Sentencing Transcript Dkt. 105 p. 69-83 | Stipulated | Stipulated | None | Yes |
| #102 | Felony Judgment and Sentence: State v. Griepsma, Skagit County Superior Court number 16-1-00153-29 Dkt. 150 p. 27-36 | Stipulated | Disputed | FRE 402-404; Pltf MIL 2 | To be determined |
| #103 | Order of Restitution: State v. Griepsma, | Stipulated | Disputed | FRE 402-404; Pltf MIL 2 | To be determine |

PRETRIAL ORDER (JOINT LCR 16.1)
2:21-v-00302-JCC

Page 7 of 11

SKAGIT COUNTY PROSECUTING ATTORNEY
605 S Third St
Mount Vernon, WA 98273-3867
Phone: (360) 416-1600
Fax: (360) 416-1649

| | | | | | d |
|---|---|---|---|---|---|
| | Skagit County Superior Court number 16-1-00153-29 Restitution Order Dkt. 150 p. 38-40 | | | | |
| 104 | Certified Copy – Felony Judgment and Sentence: State v. Griepsma Skagit County Superior Court number 18-1-00209-29, April 13, 2019 Dkt. 105 p. 85-96 | Stipulated | Stipulated | None | Yes |
| 105 | Photo Description DOC Griepsma - Front Bates 12010017 | Stipulated | Stipulated | None | Yes |
| 106 | Photo Description DOC Griepsma – Left Face Bates 12010018 | Stipulated | Stipulated | None | Yes |
| 107 | Photo Description DOC Griepsma – Right Face Bates 12010019 | Stipulated | Stipulated | None | Yes |
| 108 | Photo Description DOC Griepsma – Right Shoulder Bates 12010020 | Stipulated | Stipulated | None | Yes |
| 109 | Photo Description DOC Griepsma – Left Shoulder Bates 12010021 | Stipulated | Stipulated | None | Yes |
| 110 | Photo Description DOC Griepsma – Front Chest Bates 12010022 | Stipulated | Stipulated | None | Yes |
| 111 | Photo Description DOC Griepsma – Upper Back Bates 12010023 | Stipulated | Stipulated | None | Yes |

PRETRIAL ORDER (JOINT LCR 16.1)
2:21-v-00302-JCC

Page 8 of 11

SKAGIT COUNTY PROSECUTING ATTORNEY
605 S Third St
Mount Vernon, WA 98273-3867
Phone:  (360) 416-1600
Fax:    (360) 416-1649

| | | | | | |
|---|---|---|---|---|---|
| 112 | Photo Description DOC Griepsma - Feet Bates 12010024 | Stipulated | Stipulated | None | Yes |
| 113 | Photo Description DOC Griepsma – Hands - Back Bates 12010025 | Stipulated | Stipulated | None | Yes |
| 114 | Photo Description DOC Griepsma – Hands - Palms Bates 12010026 | Stipulated | Stipulated | None | Yes |
| 115 | DOC Reports Vitaliy Boychenko DOC Discovery page 12010003-4, 12080001, 12080003, 12080012 | Stipulated | Stipulated | None | Yes |
| 116 | DOC Reports Brandon Webb DOC Discovery page 12010005-6, 12080006-7 | Stipulated | Stipulated | None | Yes |
| 117 | DOC Reports Mickey Alvis DOC Discovery page 12010006-8, 12080008-9 | Stipulated | Stipulated | None | Yes |
| 118 | Johnathan Scott DOC Discovery page 12010001 | Stipulated | Stipulated | None | Yes |
| 119 | DOC Reports Jana Robinson DOC Discovery page 12010009 | Stipulated | Stipulated | None | Yes |
| 120 | DOC Report Lawrence Bradford DOC Discovery page 12010010 | Stipulated | Stipulated | None | Yes |

PRETRIAL ORDER (JOINT LCR 16.1)
2:21-v-00302-JCC

Page 9 of 11

SKAGIT COUNTY PROSECUTING ATTORNEY
605 S Third St
Mount Vernon, WA 98273-3867
Phone: (360) 416-1600
Fax:   (360) 416-1649

## VIII. DEPOSITION TRANSCRIPTS

No depositions occurred in this case.

## IX. ACTION BY THE COURT

(a) This case is scheduled for trial before a jury on March 10, 2025, at 9:00 a.m.

(b) Motions in limine shall be presented in a joint brief on or before February 10. 2025.

(c) Proposed Jury Instructions, Verdict Form and this Pretrial Order shall be filed on or before February 10. 2025.

(d) Trial Briefs and other Filings including other suggested questions of either party shall be submitted to the court on or before February 10, 2025.

(d) Exhibits shall be filed and submitted to the Court March 10, 2025.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 10th day of February 2025.

RICHARD A. WEYRICH
SKAGIT COUNTY PROSECUTING ATTORNEY

By_____/s/ Frederick Haist_____
    ERIK PEDERSEN, WSBA #20015
    Chief Civil Deputy Prosecuting Attorney

MORROW NI LLP


By_____/s/ _Angus Ni_____
    ANGUS F .NI, WSBA #53828
    Attorney for James Griepsma

PRETRIAL ORDER (JOINT LCR 16.1)
2:21-v-00302-JCC

Page 10 of 11

SKAGIT COUNTY PROSECUTING ATTORNEY
605 S Third St
Mount Vernon, WA 98273-3867
Phone: (360) 416-1600
Fax:  (360) 416-1649

It is so ORDERED this 7th day of March 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

PRETRIAL ORDER (JOINT LCR 16.1)
2:21-v-00302-JCC

Page 11 of 11

SKAGIT COUNTY PROSECUTING ATTORNEY
605 S Third St
Mount Vernon, WA 98273-3867
Phone: (360) 416-1600
Fax: (360) 416-1649