THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DAVID GRIEPSMA,<br><br>             Plaintiff,<br><br>   v.<br><br>CHRISTIAN J. ANDERSEN, *et al.*<br><br>             Defendants. | CASE NO. C21-0302-JCC<br><br>ORDER |

The Court ORDERS that the jury be committed to the custody of a duly sworn bailiff and that the Clerk pay for the meals of the jurors at the expense of the United States Courts.

DATED this 11th day of March 2025.

*/s/ John C. Coughenour*
_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-0302-JCC
PAGE - 1